# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

AQUAWOOD, LLC, a California Limited Liability Company,

    Plaintiff,

vs.

TOYS "R" US-DELAWARE, INC., a Delaware corporation; DOES 1 - 10,

    Defendants.

Case No.: 2:15-CV-05869 MRW

**[PROPOSED] JUDGMENT**

Assigned to Hon. Michael R. Wilner

Judgment is hereby entered in favor of plaintiff Aquawood, LLC and against defendant Toys "R" Us-Delaware, Inc. on plaintiff's claim for copyright infringement in the amount of Thirty-Two Thousand Nine Hundred Dollars and Zero Cents ($32,900.00), plus pre-judgment interest and costs.

**IT IS SO ORDERED:**

DATED: 5/24/2017

United States Magistrate Judge
Michael R. Wilner